JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HUBBARD,<br><br>              Plaintiff,<br><br>     v.<br><br>Sola Real Estate Fund I LLC, a Delaware Limited Liability Company and DOES 1 through 10,<br><br>              Defendants. | Case No. 2:20-cv-6964 MWF (AGRx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

In accordance with the Court's Order Re: Defendant's Motion for Summary Judgment and Plaintiff's Motion for Summary Judgment (Docket No. 60) and pursuant to Rules 54(b), 58(b)(2), and 65 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiff Terry Hubbard, and against Defendant Sola Real Estate Fund I LLC only, as follows:

1. Plaintiff established a violation of the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, only in regard to the width of paths of travel at the tenant store.
2. A permanent injunction is entered as followed: Defendant Sola Real Estate Fund I LLC, and all persons acting under its direction or control, including but not limited to its agents, subsidiaries, representatives, and employees, who receive notice of this Permanent Injunction by personal service or otherwise, are immediately and permanently enjoined and required to maintain paths of travel in compliance with the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*, at the property located at 6600 S. Hoover St., Los Angeles, California, 90044, for the duration of time during which Sola Real Estate Fund I LLC owns the property.
3. Plaintiff is awarded fees and costs as provided by law.

Dated: May 3, 2022

MICHAEL W. FITZGERALD
United States District Judge